① 

# AMENDED COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff)

MENES ALEXANDER Weightman

v.

(Full name of defendant(s))

DR. O'BRIEN
DIANA C. SUKOWATY
CHARLES DOMBECK  APNP
LAURA C. SUKOWATY (MD)
DIANA SIMMONS (APNP)
George D. Morrison (DO)
LEON D BERTAGNOLLI (MD)
Gwendolyn A. Vick (RN)

ANN YORK (RN)
ALLISSA HAAS (LPN)
HALEY R. BASSVENER (LPN)
ASHLEY M. HASELEU (RN)
DR. CHERYL A. JEAN PIERRE (COT)
ALLISON K. HOHENSTERN (RN)
Robert WEINMAN (HSU MGR)

Case Number:

22-CV-1447-bhl

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of WISCON, and is located at
   (State)

   396 South Drummond Street Waupun, WI 53963
   (Address of prison or jail)

2. Defendant DR. OBRIEN, DEANA L. SIMMONS APNP
   (Name)

   is (if a person or private corporation) a citizen of WISCONSIN
   (State, if known)

Amended Complaint – 1



# PARTIES cont.

Defendant DR. O'brien is (if a person or private corporation) a citizen of WISCONSIN.

Defendant LAURA C. SUKOWATY MD is (if a person or private corporation) a citizen of WISCONSIN.

Defendant CHARLES DOMBECK APNP is (if a person or private corporation) a citizen of WISCONSIN.

Defendant George D. MORRISON, DO is (if a person or private corporation) A citizen of WISCONSIN.

Defendant BRUNO BERTAGNOLLI MD. is (if a person or private corporation) A citizen of WISCONSIN.

Defendant Gwendolyn A. VICK RN. is (if a person or private corporation) A citizen of WISCONSIN.

Defendant ANN YORK RN. is (if a person or private corporation) A citizen of WISCONSIN.

Defendant ALLISSA HAAS LPN. is (if a person or private corporation) A citizen of WISCONSIN.

Defendant HALEY R. BASSUENER LPN. is (if a person or private corporation) A citizen of WISCONSIN.

Defendant ASHLEY M. HASELEU RN. is (if a person or private corporation) A citizen of WISCONSIN.

Defendant DR. CHERYL A. JEANPIERRE CDT is (if a person or private corporation) A citizen of WISCONSIN.

Defendant ALLISON K. HOHENSTERN RN is (if a person or private corporation) A citizen of WISCONSIN.

Defendant ROBERT WEINMAN HSU MANAGER is (if a person or private corporation) A ~~CITIZEN~~ of WISCONSIN.

③

and (if a person) resides at _____
(Address, if known)
and (if the defendant harmed you while doing the defendant's job)
worked for WAUPUN CORRECTIONAL INSTITUTION 396 South DRUMMOND Street WAUPUN, WI 53963
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On 7/13/22 I MR. Menes Alexander Weightman Inmate Number #295073 At Waupun Correctional Institution At 12:30 pm on recreation yard outside injured my (L) foot playing a game of basketball. I alerted the recreation correctional officers. They stated if I could walk on it its not broken. I was made to wait 3 hours before they allowed me to go to the housing unit. "Delays in Treating Painful Medical Conditions Support Eighth Amendment claims [A]n inmate must rely of prison authorities to treat his medical needs;

Amended Complaint – 2

(4)

If the authorities fail to do so, those needs will not be met": Estelle V. Gamble, 429 U.S. 97, 103 (1976).

I was limping very badly, SGT. Burkhurst called the nurse station and spoke with Nurse "Jane Doe" they refused to give me the name of whom she spoke with. This was at about 3:30pm on 7/13/22 the nurse told her to inform me to write a Health Service Request and submit it. Which I did Imediately. I was ordered to lock in my cell which is (North C-6 Top.) Three flights of stairs top bunk. In severe pain.

5 hours later Nurse Ashley M. Haseleu (RN) was on my floor. My foot was extremly swollen and I was in extreem pain (9 of 10 pain level. I tried to tell her I was in pain and needed imediate medical attention that my left foot was broken. She walked past me with correctional officers Harmon and ignored my cries, officer Harmon came back to me and said "these people aint gonna do nothing for me." I submitted another Health Service Request and gave it to officer Harman and said please help me Im in pain!

Amended Complaint – 3

ON 7/14/22 I WAS CALLED DOWN TO HSU AND HAD TO WALK VERY PAINFULLY AND CAREFULLY ON MY INJURED LEFT FOOT ABOUT 1/4 MILE AND OFF MY TOP BUNK AND 3 FLIGHTS OF STEPS TO REACH THE HSU DEPARTMENT UNASSISTED.

UPON ARRIVING I WAS USHERED INTO A ROOM TO SPEAK WITH NURSE ALLISON K. HOTTENSTERN (RN). SHE TOLD ME IT WAS A SPRAIN AND SENT ME ON MY WAY. I TOLD HER IT WAS BROKEN SHE IGNORED MY PLEAS

I WALKED BACK 1/4 MILE 3 FLIGHTS STEPS IN PAIN UNASSISTED. I SUBMITTED ANOTHER HEALTH SERVICE REQUEST 7/14/22 STATING MY PAIN LEVEL @ OF 10 AND REQUESTING HELP THAT I THINK MY FOOT IS BROKEN.

ON 7/18/22 FOUR LONG AGONIZING PAINFUL DAYS LATER I GET CALLED BACK TO HEALTH SERVICE UNIT. I WALKED DOWN 3 FLIGHTS OF STAIRS OFF TOP BUNK 1/4 MILE UNASSISTED MORE THAN LIKELY CAUSING MORE INJURY TO MY FOOT THAN BEFORE I SEEN THEM THE PREVIOUS TIME. MY FOOT WAS SO SWOLLEN EVERYONE COULD TELL IT WAS BROKEN. AN X-RAY TECH FROM OFFSITE TOOK MY X-RAYS OF MY LEFT FOOT.

THE NEXT DAY 7/19/22 I WAS CALLED BACK. TOOK THE SAME WALK AND WAS INFORMED BY THE PHYSICAL THERAPIST, "I HAD A SAUTER-HARRIS TYPE I PHYSEAL FRACTURE OF FIFTH METATARSAL BONE OF LEFT FOOT WITH DELAYED HEALING." I WAS SENT BACK TO THE THIRD

Floor cell. Unassisted. I haven't seen that physical therapist since. It is now 2/6/23 and not one staff doctor has seen me in person. I had a telemed visit w/ Doctor Eric R. Nelson on and about 7/23/22 where he told me that I needed surgery on my foot. As of yet I still haven't had my surgery.

After many many complaints I was finally moved to the ground floor single cell. <u>Dr. Cheryl A Jean Pierre</u> (who does not work here anymore) ordered me a wheel chair & extra pillow after I've written several HSRs. So she knows I'm in pain and cant walk, and need surgery imediately.

I want to inform you that most of the evidence and information that I have, has not come from face to face interviews but from my looking at my medical records and the E-mails that has been sent back and forth from Doctor to Nurse, pretending as if they are handling my medical issues, but all the while no one has seen me and deliberately has been indifferent to my circumstances and pain, all while rubber stamping me through the system with rote disregard to my health and well being. On 9/15/22 I finally have another tele med visit and X-ray with an outside orthopedic surgeon Dr. Nelson from Fond du Lac Regional Clinic.

⑤

He once again stated that I needed surgery and a bone stimulator. This is two months after my break and they have not given me the treatment I need or let me see my x-rays or let me speak to the orthopedic in charge Dr. O'Brien, who has been ignoring all my Health Service Requests. Dr. Nelson stated that my fracture is not healing properly. Here is what Dr. Eric Nelson orthopedic doctor said verbatim.

"I recomend that we place a screw accross the fracture site to hopefully stimulate healing. I also recomend that post operatively, the patient be provided with an exogen ultrasound bone stimulator. We are dealing with a delayed union at this point. We are also potentially dealing with a Jones fracture, a fracture that is notorious for poor healing. I will note that I have had limited and inconsistant cooperation from the D.O.C in the past when I have recomended exogen bone stimulators for treatment of troblesome fractures in the past. Cooperation from the D.O.C. part would certainly be in the best intrest of this patient and the best intrest of achieving a good outcome for this fracture.

Per Eric R. Nelson MD
ERN/gvn. VM0526
HB146582

DOC ID: 268584914
VOICE JOB ID 251 34661
CC: Waupun Correctional

DD: 09/08/22  09:37:41
DT: 09/08/22  21:50:00

8

I'm doing my best to keep my complaint short and to the point. I'm not a lawyer and I'm doing my best with my limited knowledge and resources. As well as dealing with my mental health issues.

It is now (7) seven months after my break and my bone is healing improperly and I still have not had surgery. If any of the onsite doctors and nurses have come and looked at my foot they would see the swelling and distortions (of) my broken (L) foot. Their lack of treatment have caused a permanent limp and severe pain that could have been alleviated with surgery as Dr. Nelson requested. Dr. O'Brien refuses to see me she is the on site orthopedic doctor.

On 9/16/22 I hear that Dr Bertagnolli & Dr Nelson have conflicting assessments. While they are quarreling I'm steady in pain and injured. D.O.C. does not want to pay for the surgery and I don't have many friends or family to complain on my behalf so they believe they can sweep me under the rug. I am human and this is inhumane. Diana Simmons APNP informed me.

On 10/31/27 over three months later after fractured foot, Dr. George D. Morrison (DO) state in email that I read when reviewing my medical records. Verbatim "Deformity is present at the proximal aspect of the 5th Metatarsal of my foot. A repeat X-ray is now indicated!

I've completed my Inmate Complaints all the way to Madison Complaint Numbers WCI-2022-13083 where on 10/04/22 the Office of the Secratary C. O'Donnell made the decision to dismiss my complaint as final.

Now to date my right knee is injured due to over compensating for my broken left foot which is still in pain. They have yet to see me for it.

I've been asking for pain medication but have been refused. I've written many many HSR's but they rubber stamp them all with the names of different nurses but never see me. All except once Diana Simmons seen me once 12/15/22 on or about Diana Simmons LPN she said and I quote " She failed to make\ the mark\ of the spot on my foot for my bone stimulator for months". If thats not negligence & deliberate indifference then I'm baffled, and this is right out the horses mouth. 5 Months after my fracture, She marked it that day 12/15/22 (Note) I was supposed to get the bone stimulator <u>after</u> my surgery. However, after she marked it the staff did not know how to use the bone stimulator so they cancelled it. Simmons also stated," The onsite orthopedic O'Brien says my bone is delayed healing she also

said my delays are because "she only works Waupun twice a week." That doesn't mean not to treat my condition. She also said "she scheduled me to see orthopedic Dr. O'Brien." Yet I still haven't seen her its february of 2023 7 months later.

Dianne Simmons stated I'd be submitted for surgery, then I get a denial letter on 11/1/22 stating Due to **continued healing per x-ray**, your request for surgery is denied, and is unnecessary for treatment at this time, after case review by Class III Committee signed Charles Dombeck APNP. HSU Department. "**A medical need is considered sufficiently serious if the inmates condition has been diagnosed by a physician as mandatory treatment or... is so obvious that even a lay person would perceive the need for a doctors attention**"
                                Roe V Elyea 631 F.3d 843, 857.

Which is my case. And I'm still in pain, disfigured, and in need of surgery per orthopedic surgeon Dr. Nelson and Dr. Morrison. I have everything in writing from the doctors and over 50+ Health Service Request for seven months with all the doctors and nurses in my complaints signing off on them without seeing me that I can produce in evidence. If Dr. O'Brien would just see me she'd see the deformity and my pain and treat me but the doctor is indifferent.

I pulled my medical records and see that they just rubber stamped me through the system. Though I write many HSR's and send many HSR's and see e-mails between doctors and nurses. None has come to my aid. I'm in pain. My bone in my left foot is healing deformed. I walk with a limp now because they refused to give me the surgery I needed. I just been learning to deal with the the pain now — which shouldn't be.

The facts asserted in this complaint establish liability under the 8th Amendment and under state law theory of medical malpractice —

Note: They have been postponing my stress tests & I now walk w/a limp/slight limp. I have to buy my shoes 1/2 size bigger now due to the deformaty and have a constant bruise under my left big toe and pain in my right knee for overcompensating. I've send HSR's about all these issues for months now but they have not seen me. I have copies of the Health Service Request that's been ignored but signed off on by all the nurses and doctors in my complaint even though they never seen me. That is why they all are in my complaint.

PLEASE TAKE NOTE. NONE OF THE DOCTORS I'VE MENTIONED and MOST of THE NURSES EXCEPT ONE NURSE HAS ACTUALLY SEEN ME.

Everything that I'm Mentioning that was said Between Nurses And Doctors IS what I've Been Reading on the progress Notes AND E-MAILS when I reviewed & got copies of my Medical Records. (I HAVE COPIES OF MOST)

They Are Keeping records from me including My X-Rays on My Fractured Left Foot. I constantly request to SEE them and get copies. They keep denying me. I HAVE NEVER! SEEN The X-RAYS of My Broken Foot. NURSE SIMMONS pulled up X-RAYS on Google Images to show me what my Break MAY look like, But Not My Actual Foot w/ My FRACTURE. (MAKES ME Believe their Hiding Something.)

Only ONE person Looked At my foot or SEEN me About My foot At WAUPUN Correctional INSTITUTION THAT WAS THE FIRST NURSE ON 7/14/2022 who stated "It was Just A Sprain And It is Now 12/2/2022, No Doctor has Actually looked at my foot or SEEN ME.

⑬ HEALTH SERVICE REQUESTS I WRITTEN ⑫

7/13/22
EMERGENCY ON TOP PRINTED IN LARGE WRIGHTING
"PAIN LEVEL 9 of ⑩ ASAP MY LEFT FOOT IS BROKEN, I CAN BARELY PUT PRESSURE ON IT AND ITS SWOLLEN I'M IN PAIN PLEASE SEE ME."
  HSU RESPONSE: SEEN 7/14/22 AH, RN
  Signed ANN YORK RN

7/20/22 "MY FOOT IS BROKEN I'M ORDERED PAIN MEDICATION ACE WRAP A BOOT CRUTCHES AND WHEELCHAIR SO WHY AM I ON C RANGE TOP BUNK WHERE I CAN REINJURE MYSELF? MY FOOT BEEN BROKEN A WEEK. I TOLD Lt. & SGT & C.O'S & NURSES THE FIRST DAY. IT TOOK 6 DAYS TO FIND OUT I'M HURTING WITH A BROKEN FOOT IS THERE ANYON LISTENING TO ME?"

  RESPONSE: Two Months Later UNSIGNED
"IT APPEARS THAT THEY HAVE CORRECTED THE ISSUE. SORRY I WAS GONE SO JUST GETTING THIS NOW. (HSU, UNIT SECRITY SUPERVISOR)."

7/24/22 "I'D LIKE TO HAVE MY (L) FOOT X-RAYS PLEASE COPIES THE KNOT ON THE LEFT SIDE OF MY BROKEN LEFT FOOT IS GETTING BIGGER. IT DOESN'T FEEL OR LOOK RIGHT. MY PAIN PILLS (IBUPROFEN) NO LONGER WORKS. I BELIEVE IT SHOULD BE SET AND SPLINTED"
  RESPONSE: Refered To ACP and orthopedics.
    7/25/22 (WHO IS DR. O'BRIEN) CAN'T MAKE OUT SIGNATURE of RN

7/25/22   HSU Requests Continued

"My foot has swollen up again, its broken and my foot hurts I'm in pain and need pain medication also laundry needs you to contact them for my x-tra pillow"

Response: 7/27/22   A referral to ortho for your foot

Cant read signature
APNP

---

8/18/22

"Continued Care — My foot that's broken is healing yet it doesn't seem to be healing correctly and I haven't had a follow up yet to see if it is or isn't."

Response 8/21/22   Scheduled to see ACP

Signed
Gwendolyn A. Nick RN

---

8/23/22 I fill out my first inmate complaint they recieved it 8/24/22. That complaint was not accepted stating "your return is still being held to the 14 day limit. You indicate the date of incident is 7/22 — 8/22 and do not explain how any of those dates relate to your complaint please provide more specific information regarding the dates including the date you broke your foot and the dates you were seen by HSU/had x-rays. Additionally, you state you notified a nurse when the break occured what nurse did you notify and when did you notify them"

Signed
L. Wilson
Institution Complaint Examiner

I Resubmitt with the info.

The HSR Request are redundant It goes for 7 months without seeing a doctor

Many Request to Dr. OBrien, Dianne Simmons Laura C Sokowaty. Numerous Request in July, August, September, October, November, December, January. Now February. If I write them all like the prior ones I written for you It would Be many many pages in this Complaint full of HSR's that Have Been Rubberstamped

Reffered to orthopedic. Dr OBrien or ACP Charles Dombeck & Diana Simmons.

Signed, By All The Nurses in my Complaint. All These Medical Staff Have Signed off on my many HSR's and emailed But None called me in to see my injury or help elevate my pain. Thus causing my foot to Heal Deformed. It stems from the top Dr. OBrien All The Way to The least RN who imput this information into the system. It is their duty They took oaths to treat me. For instance on 11/15/22 HSR

" My Right Knee is injured Due to improvising for my Broken Left Foot My Right Knee keeps Hurting And giving out Because Its Been Compensating. Please See Me for/concerning my (R) Knee and Broke (L) Foot

Response: 11/16/22 You Have A referral to see your ACP Signed                    HSR

I have yet to be seen for it. Its February - I have yet to see the orthopedic Doctors OBrien and or George D. Morrison.

I told them I was filing a complaint in December ~~December~~ with the United States District court Eastern Division I was then called in to see Diana L. Simmons APNP and she told me that Dr Cheryl A. JeanPierre CDT. Quit And I got lost in their files. And that she (APNP Diana L. Simmons) was supposed to mark my foot months ago for a Bone Stimulator, that they'll start the ultrasound Bone Stimulator today 12/15/22. Yet when they tried to use in none of the medical staff new how and wasn't trained for it. Also Doctor Eric Nelson reomended a Exogen ultrasound Bone stimulator AFTER! After Surgury placing a screen in my fracture Their Skipping the Surgury and going strait for a Bone Stimulator. Malpractice. And this is in december 5 months after the break. Which means my bone has already been healing malformed. Thus my pains and slight limp, But none of the Doctor or nurses or the Committee which Dr. OBrien, Diane Simmons APNP, Charles Dom Beck APNP, Laura C Sukowaty MD, Robert Weinman HSU MGR. and others (who they won't tell me) sits on Class III Committee Approved my needed Surgury.

I Seek Trial By Jury!

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff is different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Plaintiff Weightman, MENES A. Seeks Declaratory Relief

Also an Award of Money and Compensatory and Punitive Damages

I'd Also Like A Transfer to A Minimum Facility out of fear of retaliation
I'd Like to receive my Surgery and Pain Medication
As well As Monetary Compensation.



E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES   ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___6th___ day of __February__ 20__23__.

Respectfully Submitted,

_____
Signature of Plaintiff

__#295073__
Plaintiff's Prisoner ID Number

__396 South Drummond Street__
__Waupun, WI 53963__
(Mailing Address of Plaintiff)

Amended Complaint – 5